UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-cv-22741-UU

WENDELL BECKLES,

     Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

     Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Local Rules for the Southern District of Florida, the undersigned respectfully moves for the admission of Frederick L. Douglas, of Federal Express Corporation, 3620 Hacks Cross Road, Building B, 3rd Floor, Memphis, Tennessee 38125, (901) 434-8533, for purposes of appearing as co-counsel on behalf of Federal Express Corporation herein, in the above styled case only.

1.      I, Frederick L. Douglas, certify that I have studied the Local Rules of this Court and am a member in good standing of the Bar of the State of Tennessee, and am admitted to practice before the United States District Court for the Western District of Tennessee, and the Sixth Circuit Court of Appeals.  A Certificate of Good Standing is attached as Exhibit "A."

2.      In further support of this motion, it is hereby designated that Patrick Martin of the Law Firm of Littler Mendelson, P.C., is a member of the Bar of this Court and maintains an office in this District for the practice of law.  He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.  In addition, the Law Firm of Littler

Mendelson, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131-1804, acts as local counsel in this matter on behalf of Federal Express Corporation.

3.      I hereby certify that I am in good standing before all courts to which I have been admitted.

4.      I am not currently suspended or disbarred in any court.

5.      I certify, by signing below, that I have studied and shall be governed by the Local Rules of the United States District Court for the Southern District of Florida, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

6.      I have not engaged in more than three appearances within a 365-day period in separate representations before this Court.

7.      I designate Patrick Martin, who is a member of the Bar of this Court, as the attorney with whom the Court and the Plaintiff or her counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

8.      Plaintiff's counsel has advised he has no objection to this motion.

I declare under penalty of perjury that the foregoing is true and correct.


_s/Frederick L. Douglas_
FREDERICK L. DOUGLAS


## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.  I hereby confirm that I am a member of the Bar of this Court and maintain an office in this District of the practice of law.  My address

and telephone number are provided below, in compliance with the requirements of Rule 4 of the

Special Rules Governing the Admission and Practice of Attorneys.


*s/Patrick F. Martin*
PATRICK MARTIN


 WHEREFORE, Defendant requests that FREDERICK L. DOUGLAS be admitted *Pro*

*Hac Vice* as counsel of record for Federal Express Corporation.

 Dates this 15th day of September, 2010.


By: *s/Patrick F. Martin*
    Patrick Martin
    Littler Mendelson, P.C.
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 1500
    Miami, FL  33131
    Tel:  305-400-7500
    Fax: 305-603-2552
    E-Mail:  pfmartin@littler.com

    Frederick L. Douglas, Lead Counsel
    Federal Express Corporation
    3620 Hacks Cross Rd., Bldg B., 3rd Fl.
    Memphis, TN  38125
    Tel:  901/434-8512
    Fax: 901/434-9271
    E-Mail:  frederick.douglas@fedex.com

    Melissa K. Hodges, Sr. Attorney
    Federal Express Corporation
    3620 Hacks Cross Rd., Bldg B., 3rd Fl.
    Memphis, TN  38125
    Tel:  901/434-8512
    Fax: 901/434-9271

    Attorneys for Defendant
    FEDERAL EXPRESS CORPORATION

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 15th day of September, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Patrick F. Martin*
Patrick F. Martin, Esq.

## SERVICE LIST

### *WENDELL BECKLES v. FEDERAL EXPRESS CORPORATION*
### CASE NO. 1:10-cv-22741-UU

John De Leon, Esq.
Chavez & De Leon, P.A.
Suite 605
5975 Sunset Drive
South Miami, FL 33143
Tel:  305-740-5347
Fax: 305-740-5348
E-Mail: jlleon7@aol.com

*Counsel for Plaintiff*


Frederick L. Douglas, Esq.
Federal Express Corporation
Building B., Third Floor
3620 Hacks Cross Road
Memphis, TN  38125
Tel:  901/434-8512
Fax: 901/434-9271
E-Mail:  frederick.douglas@fedex.com

and

Patrick F. Martin, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, FL  33131
Tel:  305-400-7500
Fax: 305-603-2552
E-Mail:  pfmartin@littler.com

*Counsel for Defendant*

Firmwide:97456959.1 056148.1007

5