FILING FEE
PAID $75.00
Pro hac Vice 7080
Steven M. Larimore, Clerk

FILED by WS D.C.
SEP 22 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-cv-22741-UU

WENDELL BECKLES,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Local Rules for the Southern District of Florida, the undersigned respectfully moves for the admission of Frederick L. Douglas, of Federal Express Corporation, 3620 Hacks Cross Road, Building B, 3rd Floor, Memphis, Tennessee 38125, (901) 434-8533, for purposes of appearing as co-counsel on behalf of Federal Express Corporation herein, in the above styled case only.

    1.    I, Frederick L. Douglas, certify that I have studied the Local Rules of this Court and am a member in good standing of the Bar of the State of Tennessee, and am admitted to practice before the United States District Court for the Western District of Tennessee, and the Sixth Circuit Court of Appeals. A Certificate of Good Standing is attached as Exhibit "A."

    2.    In further support of this motion, it is hereby designated that Patrick Martin of the Law Firm of Littler Mendelson, P.C., is a member of the Bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the Law Firm of Littler

1

Mendelson, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131-1804, acts as local counsel in this matter on behalf of Federal Express Corporation.

3. I hereby certify that I am in good standing before all courts to which I have been admitted.

4. I am not currently suspended or disbarred in any court.

5. I certify, by signing below, that I have studied and shall be governed by the Local Rules of the United States District Court for the Southern District of Florida, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

6. I have not engaged in more than three appearances within a 365-day period in separate representations before this Court.

7. I designate Patrick Martin, who is a member of the Bar of this Court, as the attorney with whom the Court and the Plaintiff or her counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

8. Plaintiff's counsel has advised he has no objection to this motion.

I declare under penalty of perjury that the foregoing is true and correct.

_____
FREDERICK L. DOUGLAS

### CONSENT OF DESIGNEE

I hereby consent to the foregoing designation. I hereby confirm that I am a member of the Bar of this Court and maintain an office in this District of the practice of law. My address

and telephone number are provided below, in compliance with the requirements of Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

_____
PATRICK MARTIN

WHEREFORE, Defendant requests that FREDERICK L. DOUGLAS be admitted *Pro Hac Vice* as counsel of record for Federal Express Corporation.

Dated this 22nd day of September, 2010.

By: _____
Patrick Martin
Littler Mendelson, P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1500
Miami, FL  33131
Tel:  305-400-7500
Fax: 305-603-2552
E-Mail:  pfmartin@littler.com

Frederick L. Douglas, Lead Counsel
Federal Express Corporation
3620 Hacks Cross Rd., Bldg B., 3rd Fl.
Memphis, TN  38125
Tel:  901/434-8512
Fax: 901/434-9271
E-Mail:  frederick.douglas@fedex.com

Melissa K. Hodges, Sr. Attorney
Federal Express Corporation
3620 Hacks Cross Rd., Bldg B., 3rd Fl.
Memphis, TN  38125
Tel:  901/434-8512
Fax: 901/434-9271

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 22 day of September, 2010 to: John De Leon, Esq., Chavez & De Leon, P.A., Suite 605, 5975 Sunset Drive, South Miami, FL 33143.

_____
Patrick F. Martin, Esq.

## SERVICE LIST

### *WENDELL BECKLES v. FEDERAL EXPRESS CORPORATION*
### CASE NO. 1:10-cv-22741-UU

John De Leon, Esq.
Chavez & De Leon, P.A.
Suite 605
5975 Sunset Drive
South Miami, FL 33143
Tel: 305-740-5347
Fax: 305-740-5348
E-Mail: jlleon7@aol.com

*Counsel for Plaintiff*


Frederick L. Douglas, Esq.
Federal Express Corporation
Building B., Third Floor
3620 Hacks Cross Road
Memphis, TN 38125
Tel: 901/434-8512
Fax: 901/434-9271
E-Mail: frederick.douglas@fedex.com

and

Patrick F. Martin, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, FL 33131
Tel: 305-400-7500
Fax: 305-603-2552
E-Mail: pfmartin@littler.com

*Counsel for Defendant*

Firmwide:97456959.1 056148.1007

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **FREDERICK L. DOUGLAS** Was duly admitted to practice in said Court on March 8, 2002 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on September 10, 2010.

THOMAS M. GOULD
Clerk of Court

By _(signature)_
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-cv-22741-UU

WENDELL BECKLES,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR FREDERICK L. DOUGLAS TO APPEAR *PRO HAC VICE*

THIS COURT having considered the Motion for Frederick L. Douglas to appear *Pro Hac Vice* filed on September 15, 2010, and for good cause shown, the Court finds that said Motion should be sustained and Frederick L. Douglas should be and hereby is admitted to practice in the United States District Court for the Southern District of Florida for purposes of this case only.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this _____ day of September, 2010.

                                                             URSULA UNGARO
                                                             U.S. DISTRICT COURT JUDGE

Copies to:
All Counsel of Record

## SERVICE LIST

### *WENDELL BECKLES v. FEDERAL EXPRESS CORPORATION*
### CASE NO. 1:10-cv-22741-UU

John De Leon, Esq.
Chavez & De Leon, P.A.
Suite 605
5975 Sunset Drive
South Miami, FL 33143
Tel: 305-740-5347
Fax: 305-740-5348
E-Mail: jlleon7@aol.com

*Counsel for Plaintiff*


Frederick L. Douglas, Esq.
Federal Express Corporation
Building B., Third Floor
3620 Hacks Cross Road
Memphis, TN 38125
Tel: 901/434-8512
Fax: 901/434-9271
E-Mail: frederick.douglas@fedex.com

and

Patrick F. Martin, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, FL 33131
Tel: 305-400-7500
Fax: 305-603-2552
E-Mail: pfmartin@littler.com

*Counsel for Defendant*

Firmwide:97456005.1 056148.1007

2