UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-22741-CIV-UNGARO

WENDELL BECKLES,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

_____

## ORDER ON MOTIONS

THIS CAUSE came before the Court upon Defendants Motion to Appear *Pro Hac Vice* (D.E. 8) and Defendant's Motion to Strike Docket Entry 10 – "Defendant Federal Express Corporation's Motion to Strike Portions of the Complaint" (D.E. 12).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that the Motion to Appear (D.E. 8) is DENIED WITHOUT PREJUDICE. According to the Clerk of Court, Defendant failed to file the applicable filing fee in with respect to the Motion to Appear *Pro Hac Vice*. (D.E. 13.) It is further

ORDERED AND ADJUDGED that the Motion to Strike (D.E. 12) is GRANTED. Defendant's previous Motion to Strike (D.E. 10) is STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of October, 2010.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE